# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D17-2552

_____

RONALD W. PAUL,

    Appellant,

v.

FPL GROUP and BROADSPIRE,

    Appellees.

_____

On appeal from an order of the Judge of Compensation Claims.
Geraldine B. Hogan, Judge.

Date of Accident:  October 22, 2007.

June 13, 2018

PER CURIAM.

    AFFIRMED.

B.L. THOMAS, C.J., and ROWE and M.K. THOMAS, JJ., concur.

_____

    ***Not final until disposition of any timely and
    authorized motion under Fla. R. App. P. 9.330 or
    9.331.***

_____

William McCabe, Longwood, and Bradley S. Douglas, Davie, for Appellant.

William H. Rogner, Winter Park, for Appellees.